UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Case No. 26-14958-BKC-CLC

JESUS MARCEL GONZALEZ TOLEDO and
MARIA ANTONIA ALONSO ABELLA;              Chapter 7

_____Debtors._____/

**TRUSTEE'S AMENDED[1] OBJECTION TO THE DEBTORS' CLAIMED
EXEMPTIONS AND MOTION FOR TURNOVER**

JACQUELINE CALDERIN, Chapter 7 Trustee, (the "Trustee") respectfully moves this

Court, pursuant to Rules 4003 and 9006(b) of the Federal Rules of Bankruptcy Procedure and 11

U.S.C. §,§ 521, 522, 541, and 542, and files this *Objection to Debtors' Claimed Exemptions and

Motion for Turnover* (the "Objection") for the personal property claimed exempt by the Debtors,

and in support thereof, states as follows:

1.      This matter was initiated by JESUS MARCEL GONZALEZ TOLEDO AND MARIA

ANTONIA ALONSO ABELLA (the "Debtors") with the filing of a Voluntary Petition for relief

under Chapter 7 of the Bankruptcy Code in this Court [ECF #1].

2.      The § 341 Meeting of Creditors was held and concluded on May 27, 2026 [ECF

#17].

3.      Schedule A/B of Debtors' bankruptcy petition [ECF #1] reflect personal property

listed with an aggregate value that exceeds allowed exemptions under Florida law.

4.      Pursuant to Florida Law, each Debtor is entitled to exempt property with a value of

up to $1,000.00 plus $5,000 for a motor vehicle if the Debtors are claiming a homestead exemption.

---

[1] Amended to correct scrivener's error in case number.

If the Debtors are not claiming a homestead exemption, then each Debtor may claim an additional $4,000 of exemptions in personal property.

5. The Debtors did not claim a home exempt.

6. The Trustee believes the Debtors have exceeded allowed claimed exemptions, the value of which should be turned over to the Trustee for the benefit of creditors.

7. Therefore, the Trustee objects to the Debtors' claimed exemptions and turnover of the non-exempt value of the property listed on Schedule A/B.

**WHEREFORE,** the Trustee respectfully requests an Order: (a) sustaining the Trustee's objection to the Debtors' claimed exemptions; (b) directing the Debtors to turnover property that exceeds the amount of the allowed exemptions; and (c) granting such other relief as the Court deems just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and via U.S. Mail to the parties listed on the Service List below on June 30, 2026.

/s/ Jacqueline Calderin
**JACQUELINE CALDERIN**
*Chapter 7 Trustee*
1825 Ponce de Leon Blvd, #358
Coral Gables, Florida 33134
T 786.369.8440
calderintrustee@gmail.com

**Via CM/ECF**:

Jose A Blanco on behalf of Debtor Jesus Marcel Gonzalez Toledo
eservice@blancopa.com, Blanco.JoseA.R105197@notify.bestcase.com

Jose A Blanco on behalf of Joint Debtor Maria Antonia Alonso Abella
eservice@blancopa.com, Blanco.JoseA.R105197@notify.bestcase.com

Jacqueline Calderin
calderintrustee@gmail.com,
jcalderin@ecf.axosfs.com;calderintrustee@ecf.inforuptcy.com;jc01@trustesolutions.net

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**<u>Via U.S. Mail</u>**:
Jesus Marcel Gonzalez Toledo
Maria Antonia Alonso Abella
12933 SW 227 ST.
Miami, FL 33170

3