

**ORDERED in the Southern District of Florida on July 13, 2026.**

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:                                                                    Case No. 26-14988-BKC-CLC

JESUS MARCEL GONZALEZ TOLEDO and    Chapter 7
ARIA ANTONIA ALONSO ABELLA;

_____Debtors._____ /

**AGREED ORDER CONTINUING HEARING ON TRUSTEE'S**
**MOTION TO OBJECT TO DEBTORS' CLAIMED EXEMPTIONS**
**IN ADDITION TO MOTION FOR TURNOVER OF PROPERTY**

*(Cancels Hearing scheduled on July 9, 2026 at 10:00 a.m.)*

THIS MATTER came before the Court upon the *Agreed Motion to Continue the Hearing on the Trustee's Motion to Object to Debtors' Claimed Exemptions in addition to Motion for Turnover of Property* (the "Motion") [Dkt. No. 27]. The Court having considered the Motion, noting the Debtors'[1] agreement to the relief sought, and finding that good cause exists, **ORDERS** as follows:

---

[1] Any and all terms not expressly defined herein shall bear the meaning ascribed to them in the Agreed Motion.

1.      The Motion is **GRANTED**.

2.      The Hearing is continued to **August 19**, **2026 at 10:00 a.m. at the United States Bankruptcy Court, 301 N. Miami Avenue, Courtroom 7, Miami, FL 33128.**

3.      All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court.

4.      This continuance is without prejudice to the parties seeking an additional continuances of the Hearing either by agreement or otherwise.

# # #

**Submitted by:**

**JACQUELINE CALDERIN**
*Chapter 7 Trustee*
1825 Ponce de Leon Blvd, #358
Coral Gables, Florida 33134
T 786.369.8440
calderintrustee@gmail.com

Copy furnished to: Jacqueline Calderin, Chapter 7 Trustee, who shall serve a copy of this order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).